IN THE

# DISTRICT COURT

FOR THE

# CITY AND COUNTY OF PHILADELPHIA.

JUNE TERM 1835.

### STOKES v. SAYRE.

June 18, 1835.

*Rule to show cause why judgment should not be entered for want of an affidavit of defence.*

Debt on a recognizance of special bail to the action is not within the meaning of the act of the 28th of March 1835, so as to entitle the plaintiff to a judgment for want of an affidavit of defence.

THIS was debt on the defendant's recognizance of special bail in another case.

The plaintiff filed a copy of the recognizance within one week from the return day of the writ. The defendant filed no affidavit of defence. The plaintiff took a rule to show cause why judgment should not be entered for want of an affidavit of defence under the second section of the act of the 28th of March 1835.

*I. Norris,* for the rule.

I.—D

[Stokes v. Sayre.]

PER CURIAM.—This rule must be discharged. The case does not come within the provisions of the act referred to, in relation to taking judgments for want of an affidavit of defence.

Rule discharged.